CRIMINAL CASE INFORMATION SHEET

Pittsburgh __X__      Erie _____      Johnstown _____

Related to No. _____ Judge _____
(All criminal prosecutions arising out of the same criminal transaction or series of transactions are deemed related).

CATEGORY:
1.  __X__ Narcotics and Other Controlled Substances
1a. _____ Narcotics and Other Controlled Substances (3 or more Defendants)
2.  _____ Fraud and Property Offenses
2a. _____ Fraud and Property Offenses (3 or more Defendants)
3.  _____ Crimes of Violence
4.  _____ Sex Offenses
5.  _____ Firearms and Explosives
6.  _____ Immigration
7.  _____ All Others

Defendant's name:                Shane Hennen

Is Indictment waived:        _____ yes      __X__ no

Pretrial Diversion:          _____ yes      __X__ no

Juvenile proceeding:         _____ yes      __X__ no

Defendant is:                __X__ Male     _____ Female

Superseding Indictment or
Information:                 _____ yes      __X__ no

    Previous case number:    _____

If superseding, previous case was/will be:

_____ Dismissed on defendant's motion
_____ Dismissed on government's motion
_____ After appellate action
_____ Other (explain)

County in which first
offense cited occurred:      Washington County

Previous proceedings before
Magistrate Judge:            Judge Robert C. Mitchell

    Case No.:                09-628M

    PLEASE INCORPORATE MAGISTRATE CASE WITH CRIMINAL CASE

| | |
|---|---|
| Date arrested or date continuous U.S. custody began: | December 2, 2009 |
| Defendant: | ____ is in custody __X__ is not in custody |
| Name of Institution: | _____ |
| Custody is on: | ____ this charge    ____ another charge |
| | ____ another conviction |
| | ____ State    ____ Federal |
| Detainer filed: | ____ yes    __X__ no |
| Date detainer filed: | _____ |
| Total defendants: | 2 |
| Total counts: | 2 |
| Data below applies to defendant No.: | 1 |
| Defendant's name: | Shane Hennen |

## SUMMARY OF COUNTS

| COUNT NO. | U.S. CODE | OFFENSE | FELONY | MISDEMEANOR |
|---|---|---|---|---|
| 1 | 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C) | Possession with intent to distribute and distribution of less than 500 grams of a mixture and substance containing a detectable amount of cocaine | X | |

I certify that to the best of my knowledge the above entries are true and correct.

DATE: DEC 2 9 2009

Barbara K. Swartz
BARBARA K. SWARTZ
Assistant U.S. Attorney
PA ID No. 204338