IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 09-348 |
| ) | |
| JAMES CERCONE ) | |

## UNITED STATES STATUS REPORT

Pursuant to this Court's order (Document 341) directing the filing of a status report on the custodial status of the defendant, James Cercone, the United States provides the following information:

(1) During the last week, the United States Probation Office has attempted to find a suitable residence for the defendant to reside at on supervised release.

(2) The only potential residence that was identified was proposed by the defendant which is the residence of a relative.

(3) The United States Probation Office attempted to contact the relative over the course of several days since the supervised release violation hearing last week.

(4) On Tuesday, April 4, the United States Probation Office was able to communicate with the relative.

(5) The relative stated that, while she cares a great deal for the defendant and would very much like to assist him by allowing him to reside with her, she has several minor children and is just not capable of providing a residence that will address all of the defendant's needs, including medical needs.

(6) As of this time, the defendant continues to be in custody and no suitable alternative residence has been identified as a potential candidate for the defendant's release.

2

Respectfully submitted,

SOO C. SONG
Acting United States Attorney

s/ Craig W. Haller
CRAIG W. HALLER
Assistant U.S. Attorney
PA ID No. 87714

2